United States District Court
Southern District of Texas
**ENTERED**
September 11, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARCUS E. ADAMS JR., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:19-CV-58 |
| § | |
| CITY OF TAFT, TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

The Court granted Defendants' Summary Judgment Motions and dismissed all claims on September 11, 2020. Accordingly, the Court **DIRECTS** the Clerk of the Court to enter final judgment and close the above-captioned case.

SIGNED this 11th day of September, 2020.

_____
Hilda Tagle
Senior United States District Judge